UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION,<br><br>        Plaintiff,<br><br>  v.<br><br>FEDERAL EMERGENCY<br>MANAGEMENT AGENCY,<br><br>        Defendant. | No. 2:11-cv-02044-RSM<br><br>ORDER GRANTING PROPERTY OWNERS FOR SENSIBLE FLOODPLAIN REGULATION'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF |

This matter comes before the Court on Property Owners for Sensible Floodplain Regulation's ("POSFR") <u>unopposed</u> Motion for Leave to File *Amicus Curiae* Brief in Support of Defendant. *See* Dkt. No. 15. "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005) (internal citation omitted).

ORDER GRANTING POSFR'S MOTION
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF - 1

"The privilege of being heard amicus rests in the discretion of the court which may grant or refuse leave according as it deems the proffered information timely, useful, or otherwise." *Community Ass'n for Restoration of Environment (CARE) v. DeRuyter Bros. Dairy*, 54 F.Supp.2d 974, 975 (E.D. Wash. 1999) (citing *Hoptowit v. Ray,* 682 F.2d 1237, 1260 (9th Cir.1982)).

Here, Plaintiff challenges the Federal Emergency Management Agency's implementation of the National Flood Insurance Program due to alleged deficiencies in compliance with the Endangered Species Act. Plaintiff has asked the Court to enjoin FEMA from issuing additional floodplain insurance for new development in certain areas of the Puget Sound region and from implementing certain floodplain map changes. POSFR is a Washington non-profit corporation formed by property owners and industry groups concerned about the regulation of floodplain areas in the Puget Sound region. As such, it may be able to address "legal issues that have potential ramification beyond the parties directly involves." *NGV Gaming,* 355 F.Supp.2d at 1067. In addition, POSFR contends that its amicus brief will help the court understand the "context and local background underlying the current action." Dkt. No .15, p. 3.

The Court finds POSFR's proffered information will be timely and useful. Therefore, the Court, having reviewed POSFR's motion, and finding that granting POSFR's Motion is warranted, hereby GRANTS POSFR's Motion for Leave to File *Amicus Curiae* Brief. The Clerk is directed to forward a copy of this order to all counsel of record.

//

ORDER GRANTING POSFR'S MOTION

FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF  - 2

Dated this 9th day of February 2012.

	RICARDO S. MARTINEZ
	UNITED STATES DISTRICT JUDGE

ORDER GRANTING POSFR'S MOTION

FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF - 3